### 7999. FALLIGANT *v.* BLITCH.

JENKINS, J. 1. "An attachment issued upon an affidavit administered by a clerk of the superior court is absolutely void," and consequently can not be the basis of a judgment in attachment as against the specific property seized thereunder. *Heard* v. *National Bank of Ill.,* 114 *Ga.* 291 (40 S. E. 266); *Bruce* v. *Conyers,* 54 *Ga.* 678.

2. But, though such an attachment be absolutely void, this is no ground for dismissing a declaration thereon, praying for judgment in personam, where the declaration has been properly filed and the defendant duly cited to appear, and general appearance has been made therein. *Mc-Andrew* v. *Irish Am. Bank,* 117 *Ga.* 510 (43 S. E. 858); *Cincinnati, N. O. & T. P. Ry. Co.* v. *Pless,* 3 *Ga. App.* 400 (60 S. E. 8).

> *Judgment reversed. Broyles, P. J., and Bloodworth, J., concur.*
> DECIDED APRIL 4, 1917.

Attachment; from Bryan superior court—Judge Sheppard. November 8, 1916.

*J. Hartridge Smith,* for plaintiff.